Southern District of Texas
**ENTERED**
January 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREW COLLINS, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-2293 |
| | § | |
| NOBLE DRILLING (U.S.) LLC, | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the referenced proceeding is Magistrate Judge Stacy's Memorandum and Recommendation (Doc. 29), recommending that the Court grant the Defendant's Motion for Summary Judgment (Doc. 17) as to all claims. Plaintiff has filed Objections (Doc. 30) to the Memorandum and Recommendation.

The Court has reviewed the case, *de novo*, and agrees with the Magistrate Judge's conclusion that Plaintiff abandoned his racial discrimination claims and that he did not establish a *prima facie* case of sex discrimination or retaliation under Title VII. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Doc. 29) is **ADOPTED**. The Motion for Summary Judgment (Doc. 17) of Defendant Noble Drilling (U.S.) LLC is **GRANTED**.

Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of Final Judgment.

SIGNED at Houston, Texas, this ___ day of January, 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE